COMMONWEALTH of Pennsylvania, Respondent

v.

Darnell BASON, Petitioner

No. 270 EAL 2017

Supreme Court of Pennsylvania.

October 24, 2017

## ORDER

PER CURIAM

AND NOW, this 24th day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**